UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| **LHANNIE TORRES,** | ) ) ) ) | **Case No.:** |
| Plaintiff. | ) ) | 1:21-cv-01735 |
| v. | ) ) ) | |
| **VEHICLE PROTECTION SPECIALISTS d/b/a AUTO SERVICES et al,** | ) ) ) ) ) | |
| Defendant. | | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within thirty (30) days.

Dated: May 20, 2021

By: */s/ Amy L. B. Ginsburg*
Amy L. B. Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: aginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via electronic mail:

**Christopher Meier**
Greenspoon Marder Law
100 W Cypress Creek Road
Suite 700
Fort Lauderdale FL 33309
Phone: (954) 491-1120
Fax: (954) 213-0073
Email: Christopher.Meier@gmlaw.com
Attorney for Defendant

Dated: May 20, 2021                    By: */s/ Amy L. B. Ginsburg*
                                           Amy L. B. Ginsburg, Esquire
                                           Kimmel & Silverman, P.C.
                                           30 E. Butler Pike
                                           Ambler, PA 19002
                                           Phone: (215) 540-8888
                                           Fax: (877) 788-2864
                                           Email: aginsburg@creditlaw.com