UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LHANNIE TORRES, )<br>)<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>VEHICLE PROTECTION SPECIALISTS )<br>et al, )<br>)<br>)<br>**Defendant** ) | Case No.: 1:21-cv-00021 |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: June 11, 2021
BY: */s/ Amy L.B. Ginsburg*
Amy L.B. Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 167
Facsimile: (877) 600-2112
Email: aginsburg@creditlaw.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of June, 2021, a true and correct copy of the foregoing pleading served via electronic mail to the below:

Christopher Meier
Greenspoon Marder LLP
100 West Cypress Creek Road, Suite 700
Fort Lauderdale, FL 33309
Phone: 954.734.1836
Email: christopher.meier@gmlaw.com
Attorney for the Defendant

Dated: <u>June 11, 2021</u>         <u>*/s/ Amy L.B. Ginsburg*</u>
                                                   Amy L.B. Ginsburg, Esquire
                                                   Kimmel & Silverman, P.C.
                                                   30 East Butler Pike
                                                   Ambler, PA 19002
                                                   Phone: (215) 540-8888 ext. 167
                                                   Facsimile: (877) 600-2112
                                                   Email: aginsburg@creditlaw.com
                                                   Attorney for Plaintiff